JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE ELIZABETH SANCHEZ PAREDES,

      Petitioner,

      v.

WARDEN, ETC., ET AL.,

      Respondents.

No. ED CV 26-0647 FMO (E)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1.  Respondents shall release petitioner forthwith with all personal effects seized from petitioner, including all identification documents and immigration documentation. Respondents shall not impose any release restrictions (e.g., electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

2.  Respondents shall file with the court a Notice of Compliance within twenty-four (24) hours of releasing petitioner.

3.  Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the change in circumstances necessitating

petitioner's arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge.  Petitioner shall not be detained unless respondents demonstrate at the pre-deprivation hearing that petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community.  If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

4.  The above-captioned action is dismissed without prejudice.

DATED: April 23, 2026.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE